

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br><br>　　　　v.<br><br>　　　　　　　　　　　　　　　　,<br>　　　　Defendant. | CR07-553 ABC<br><br>ORDER OF DETENTION AFTER HEARING (Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation Supervised Release) Conditions of Release) |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

　　(A)　( )　the appearance of defendant as required; and/or

　　(B)　( )　the safety of any person or the community.

//

//

The court concludes:

A.  (✓)  Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that: _he can abide by court orders_

(B) (✓)  Defendant is a flight risk because defendant has not shown by clear and convincing evidence that: _he can abide by court orders_

IT IS ORDERED that defendant be detained.

DATED: 5/4/09

_[signature]_
STEPHEN J. HILLMAN
UNITED STATES MAGISTRATE JUDGE